UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUN -4 AM 11:08

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Magistrate Case No. 08 MJ 1758 |
| | ) | |
| V. | ) | COMPLAINT FOR VIOLATION OF |
| | ) | |
| Carlos Rice | ) | Title 18, United States Code |
| DOB 10/26/1977 | ) | Section 751(a) |
| | ) | Escape from Federal Custody |
| | ) | |

The undersigned complainant, being duly sworn states:

That on or about June 1, 2008, at San Diego, California, in the Southern District of California, CARLOS RICE did unlawfully and willfully escape from an institution and facility in which he was confined by direction of the Attorney General, to wit: CORRECTIONAL ALTERNATIVES INC., San Diego, California, a federally contracted facility, said custody and confinement being by virtue of his conviction for Importation of Marijuana, Title 21 United States Code Section 952 and 960, in violation of Title 18, United States Code, Section 751(a).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Mark A. Saari
Deputy United States Marshal

Sworn to before me, and subscribed in my presence, this 4th day of June, 2008.

United States Magistrate Judge

# STATEMENT OF PROBABLE CAUSE

I, Mark A Saari, being duly sworn, hereby depose and say:

I am a Deputy United States Marshal and have been so employed for over 2 years.

This statement of facts is made in support of a complaint against Carlos Rice for Escape from the custody of the Attorney General, in violation of Title 18, United States Code, Section 751(a). On June 2, 2008, I received a report that Carlos Rice had escaped from the Correctional Alternatives Inc., 551 S. 35th Street (Site2), San Diego, California, a federally contracted facility.

On June 3, 2008, I reviewed files from the United States Marshals Service and the Correctional Alternatives Inc. Office. My review of the files revealed the following facts:
Records show that Rice was serving a sentence of 30 months imposed by United States District Court Judge Thomas J. Whelan, Southern District of California, February 14, 2006 for Importation of Marijuana (Title 21 USC 952 and 960).
On March 27, 2008, Rice was transferred from FCI - Lompoc to Correctional Alternatives Inc. Rice was scheduled to be released on September 21, 2008. On June 1, 2008 at 12:30 A.M., a Correctional Alternatives Inc. staff member observed Rice with a group of eight other Federal residents in the men's restroom. The residents and Rice were asked to report to the front desk to be breathalyzed. Rice was breathalyzed at 12:47 A.M. with a positive reading of .014. At 12:52 A.M., while waiting for a second test five minutes later, Rice ran from the facility. The program manager was contacted and Rice was placed on escape status at 1:47 A.M. All local law enforcement and hospitals were contacted producing negative results. Rice's current whereabouts are unknown and he remains a fugitive.