FILED

08 JUN 16 PM 1: 23

CLERK U.S. DISTRICT C.
SOUTHERN DISTRICT OF CALI...

BY:

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS RICE,<br><br>Defendant. | Criminal Case No. 08-MJ-1758 RBB<br><br>ORDER OF DETENTION ON<br>DEFENDANT'S WAIVER OF BAIL |

In accordance with the Bail Reform Act of 1984, 18 U.S.C. § 3142(f), a detention hearing was scheduled for June 12, 2008, to determine whether the defendant, Carlos Rice, (the "Defendant") should be held in custody without bail pending trial and, if convicted, sentencing in the above-captioned matter. Assistant United States Attorney Lara A. Stingley appeared on behalf of the United States. Attorney John Ellis appeared on behalf of the Defendant.

At the hearing on June 12, 2008, the Defendant knowingly and voluntarily waived his right, on the record and in the presence of counsel, to the setting of bail and a detention hearing. Based on that waiver, the Court orders that the Defendant be detained pending trial and, if convicted, sentencing in these matters, without prejudice or waiver of the Defendant's right to later apply for bail and conditions of release, and without prejudice or a waiver of the right of the United States to seek detention in the event of an application by the Defendant for such relief.

1

## ORDER

2      IT IS HEREBY ORDERED that the Defendant be detained pending trial and, if

3  convicted, sentencing in these matters.

4      IT IS FURTHER ORDERED that the Defendant be committed to the custody of the

5  Attorney General or his designated representative for confinement in a corrections facility

6  separate, to the extent practicable, from persons awaiting or serving sentences or being held in

7  custody pending appeal.  The Defendant shall be afforded reasonable opportunity for private

8  consultation with counsel.

9      While in custody, upon order of a court of the United States or upon the request of an

10 attorney for the United States, the person in charge of the correctional facility shall deliver the

11 Defendant to the United States Marshal for the purpose of an appearance in connection with a

12 court proceeding or any other appearance stipulated to by defense and government counsel.

13      This order is made without prejudice to modification by this Court and without

14 prejudice to the Defendant's exercise of his right to and a detention hearing at a future date.

15      IT IS SO ORDERED.

16

17 Dated: 6/13/2008

Ruben B. Brooks
18                                  United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28                                  2