UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUN 17 AM 8:42
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| UNITED STATES OF AMERICA,<br>V.<br>Carlos Rice | Magistrate's Case No. **'08 MJ 1758** |
|---|---|
| **WARRANT ISSUED ON THE BASIS OF:**<br>__ Failure to Appear     __ Order of Court<br>__ Indictment                __ Information<br>X  Complaint | **WARRANT FOR ARREST** |
| **TO:**<br>ANY U.S. MARSHAL OR OTHER AUTHORIZED OFFICER. | **NAME AND ADDRESS OF PERSON TO BE ARRESTED:**<br>Carlos Rice<br>551 S. 35th Street<br>San Diego, Ca 92113 |
| **DISTRICT OF ARREST:** Southern District of California | **CITY OF ARREST:** |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

RECEIVED 2008 JUN -4 P 4:10 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

**DESCRIPTION OF CHARGES**

Escape from Federal Custody

DATE 6/6/08
ARRESTED BY _Self Surrendered_
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY _____

| IN VIOLATION OF | UNITED STATES CODE TITLE 18 | SECTION 751(a) |
|---|---|---|
| BAIL  NO BAIL<br>To be set in Court | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY  **LEO S. PAPAS**<br>**U.S. MAGISTRATE JUDGE** | | **JUN 4 2008**<br>DATE ORDERED |
| CLERK OF COURT/U.S. MAGISTRATE   BY | | DATE ISSUED |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE |
|---|---|---|
| DATE EXECUTED | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.

CLASS I 'A'                    SAARI